UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Lincoln D. Almond |
| v. | : | Criminal No. 1:06M63A |
| ZELPHA CONYERS | : | ORDER |

This matter having been opened to the Court by Robert Clark Corrente, United States Attorney for the District of Rhode Island (Lee H. Vilker, Assistant U.S. Attorney, appearing) and ZELPHA CONYERS (Edward C. Roy, Jr., Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of thirty (30) days to permit the parties to continue plea negotiations and to finalize a plea agreement, and the defendant being aware that she has the right to have the matter submitted to a grand jury for indictment within thirty (30) days of her arrest on the complaint, pursuant to Title 18 of the United States Code, Section 3161(b), and it appearing that the defendant has waived that right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for a period of thirty (30) days for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize the plea agreement, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 8th day of August, 2006

ORDERED that the proceedings scheduled in the above-captioned matter are continued from August 18, 2006 through September 18, 2006; and

IT IS FURTHER ORDERED that the period from August 18, 2006 through September 18, 2006 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. LINCOLN D. ALMOND
United States Magistrate Judge

Consented to:

Edward C. Roy, Jr., Esq.
Counsel for Defendant
Zelpha Conyers

Lee H. Vilker, Assistant U.S. Attorney