AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 1:06M63A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Zelpha Conyers

11/17/06
Date

[signature]
Signature

Michael Fontaine
Print Name

194 Waterman St.
Address

Providence RI 02906
City State Zip Code

709-2459
Phone Number