**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. CR07-02ML |
| | ) | In violation of 18 U.S.C. §§1349, |
| ZELPHA CONYERS, | ) | 1344, 1028A(a)(1) and (c)(5) |
| a/k/a "Gail Wade" | ) | |

**INFORMATION**

The United States Attorney charges:

COUNT 1

From on or about July 9, 2006, through on or about July 11, 2006, in the District of Rhode Island and elsewhere, defendant ZELPHA CONYERS, a/k/a "Gail Wade," and others known and unknown to the United States Attorney did knowingly, willfully and intentionally combine, conspire and agree with one another and with others to defraud a financial institution and to obtain moneys, funds and other property owned by and under the custody and control of a financial institution, namely the Bank of America, by means of false and fraudulent pretenses, representations and promises, contrary to Title 18, United States Code, Section 1344.

In violation of 18 U.S.C. §1349.

COUNT 2

On July 11, 2006, in the District of Rhode Island, defendant ZELPHA CONYERS, a/k/a "Gail Wade," during and in relation to the felony offenses of bank fraud (18 U.S.C. § 1344) and conspiracy to commit bank fraud (18 U.S.C. § 1349), did knowingly possess and use, without lawful authority, a means of identification of another person, to wit a driver's license in the name of Gail Wade.

In violation of 18 U.S.C. §1028A(a)(1) and (c)(5).

COUNT 3

From on or about February 28, 2006, through on or about April 27, 2006, in the District of South Carolina, defendant ZELPHA CONYERS, a/k/a "Gail Wade," did knowingly execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds and other property owned by and under the custody and control of a financial institution, namely the Bank of America, by means of false and fraudulent pretenses, representations and promises.

In violation of 18 U.S.C. §1344.

COUNT 4

From in or about December 2004 through in or about November 2005, in the Middle District of Florida, defendant ZELPHA CONYERS, a/k/a "Gail Wade," did knowingly execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds and other property owned by and under the custody and control of a financial institution, namely the Bank of America, by means of false and fraudulent pretenses, representations and promises.

In violation of 18 U.S.C. §1344.

COUNT 5

From in or November 1, 2005 through in or about November 30, 2005, in the Northern District of Florida, defendant ZELPHA CONYERS, a/k/a "Gail Wade," did knowingly execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds and other property owned by and under the custody and control of a financial institution, namely the Bank of America, by means of false and fraudulent pretenses, representations and promises.

In violation of 18 U.S.C. §1344.

COUNT 6

From on or about May 22, 2006, through on or about June 7, 2006, in the District of Massachusetts, defendant ZELPHA CONYERS, a/k/a "Gail Wade," did knowingly execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds and other property owned by and under the custody and control of a financial institution, namely the Bank of America, by means of false and fraudulent pretenses, representations and promises.

In violation of 18 U.S.C. §1344.

COUNT 7

From on or about February 4, 2005, through on or about February 7, 2005, in the Western District of Missouri, defendant ZELPHA CONYERS, a/k/a "Gail Wade," did knowingly execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds and other property owned by and under the custody and control of a financial institution, namely the Bank of America, by means of false and fraudulent pretenses, representations and promises.

In violation of 18 U.S.C. §1344.

COUNT 8

From on or about February 18, 2005, through on or about February 19, 2005, in the District of Kansas, defendant ZELPHA CONYERS, a/k/a "Gail Wade," did knowingly execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds and other property owned by and under the custody and control of a financial institution, namely the Bank of America, by means of false and fraudulent pretenses, representations and promises.

In violation of 18 U.S.C. §1344.

COUNT 9

On or about June 6, 2006, in the District of Connecticut, defendant ZELPHA CONYERS, a/k/a "Gail Wade," did knowingly execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds and other property owned by and under the custody and control of a financial institution, namely the Bank of America, by means of false and fraudulent pretenses, representations and promises.

In violation of 18 U.S.C. §1344.

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
LEE H. VILKER
Assistant U.S. Attorney

for ______________________
KENNETH P. MADDEN
First Assistant U.S. Attorney

1-9-07
______________________
Date