AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Zelpha Conyers

APPEARANCE

CASE NUMBER: CR07-02ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Zelpha Conyers.

I certify that I am admitted to practice in this court.

1/16/07
*Date*

[signature]
*Signature*

Michael Fontaine — *Print Name*
6558 — *Bar Number*

194 Waterman St
*Address*

Providence — *City*
RI — *State*
02906 — *Zip Code*

709-2459 — *Phone Number*
709-2461 — *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.