O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ZELPHA CONYERS
a/k/a Gail Wade

WAIVER OF INDICTMENT

CR 07-02 ML

CASE NUMBER: ~~1:06-MJ-00063-A~~ CR 07-02ML

I, ZELPHA CONYERS a/k/a Gail Wade, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/16/2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ZELPHA CONYERS a/k/a Gail Wade
Defendant

Counsel for Defendant

Before
Judicial Officer