# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR07-02ML***

JAN [illegible] 2007

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ZELPHA CONYERS**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **16th** day of **January, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby [illegible] return that [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: January 12, 2007.

David A. DiMarzio, Clerk

ARRAIGNMENT ON CRIMINAL INFORMATION

***by*** ___________________
***Jeannine Noel - Deputy Clerk***