# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. CR 07-002-01ML***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

JAN 2 4 2007

YOU ARE HEREBY COMMANDED, to have the **body** of **ZELPHA CONYERS, a/k/a Gail Wade**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the 7th day of **February, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I c... before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: January 22, 2007.

David A. DiMarzio, Clerk

Plea Hearing

***By*** ___________________
***Barbara Barletta - Deputy Clerk***