**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **§** | |
| | **§** | |
| **V.** | **§** | **CR07-002ML** |
| | **§** | |
| **ZELPHA CONYERS** | **§** | |

## MOTION TO CONTINUE SENTENCING DATE

NOW COMES defendant, Zelpha Conyers, by and through her counsel of record, who moves this Honorable Court to extend her sentencing date an additional 30 days from May 4, 2007 to June 1, 2007. The defendant has certain documents and information which she needs to gather prior to meeting with the representative from the Office of Probation and requires additional time. This extension will be sufficient for the defendant to properly address these matters.

Further, the defendant has been authorized to state that the prosecutor for the government, Assistant United States Attorney Lee Vilker, has no objection to this motion.

Respectfully Submitted,
Zelpha Conyers
By her Attorney

Michael P. Fontaine
FONTAINE LAW OFFICES
194 Waterman Street
Providence, RI 02906
(401) 709-2459 Tel.
(401) 709-2461 Fax.