# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR 07-002-01ML***

*To:* *Warden*
*ACI*
*Cranston, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **ZELPHA COLLEEN CONYERS**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Mary M. Lisi,** Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **8th** day of **June, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

*****RESCHEDULED from 5/4/07*****

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: March 1, 2007.

David A. DiMarzio, Clerk

Sentencing Hearing

*By* Barbara Barletta
***Barbara Barletta - Deputy Clerk***