**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CR07-002ML** |
| | § | |
| **ZELPHA CONYERS** | § | |

**DEFENDANT'S OBJECTION TO**
**PRESENTENCE INVESTIGATION REPORT**

Defendant, by and through undersigned counsel, hereby submits her objection to the Presentence Investigation Report (PSI).

Specifically, defendant objects to paragraphs 34 and 37 of the PSI which indicate; "One point is added in accordance with 4A1.1(e) because the defendant committed the instant offense while in escape status." The PSI further reads, "Application Note 5 of 4A1.1 indicates that failure to report for service of a sentence of imprisonment is to be treated as an escape from such sentence. In total, Ms. Conyers has six criminal history points. According to the Sentencing Table (Chapter 5, Part A), 4-6 criminal history points establishes a criminal history category of III."

Defendant denies that she failed to report to any correctional facility to serve a sentence, nor did any warrant issue prior to her arrival in Rhode Island. Defendant maintains that until her arrest on July 11, 2006, she had been reporting for weekend work-release as directed by authorities in San Bernadino County California.

Although defendant understands that a one point reduction will not change her overall criminal history category, she simply wants to make the court aware that there is an error in the information provided to probation.

Respectfully Submitted,
Zelpha Conyers
By her Attorney

Michael P. Fontaine
FONTAINE LAW OFFICES
194 Waterman Street
Providence, RI 02906

mikefontaine@fontainelawoffices.com