CERTIFICATION

I hereby certify that a true copy of the forgoing motion was served upon AUSA Lee Vilker, United States Attorney's Office, 50 Kennedy Plaza 8th Floor, Providence, RI 02903 through this Court's ECF system on the 18th day of May 2007.

/S/ Michael Fontaine

Michael Fontaine (6558)
FONTAINE LAW OFFICES
194 Waterman Street
Providence, RI 02906