# *UNITED STATES DISTRICT COURT*
*for the*
***District of Rhode Island***

***Case No. CR 07-002-01ML***

Return unexecuted, court appearance cancelled.

[signature]
Deputy U.S. Marshal

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ZELPHA COLLEEN CONYERS**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **8th** day of **June, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

[illegible]

Deputy U.S. Marshal

*****RESCHEDULED from 5/4/07*****

RECEIVED
U.S. MARSHALS SERVICE
MAR - 5 2007
District of Rhode Island

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: March 1, 2007.

David A. DiMarzio, Clerk

Sentencing Hearing

***By*** Barbara Barletta
***Barbara Barletta - Deputy Clerk***